

| | Nicole M. Virella Almanzar<br>Associate | McCarter & English, LLP |
|---|---|---|
| | T. 973-848-8303<br>F. 973-624-7070 | Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102 |
| | nalmanzar@mccarter.com | www.mccarter.com |

September 22, 2025

**The requested adjournment is GRANTED. The initial pretrial conference is adjourned to November 20, 2025 at 11:30 a.m.**

**VIA ECF**

Date:   September 23, 2025
         New York, New York

**SO ORDERED.**

*Jennifer Rochon*

**JENNIFER L. ROCHON**
**United States District Judge**

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Christopher Lieb v. American Standard America, Inc.
       Civil Action No. 1:25-cv-7691

Dear Judge Rochon:

This firm represents Defendant AS America Inc., improperly pleaded as American Standard America, Inc., in the above-captioned matter. Counsel for the parties jointly write to respectfully request a 30-day adjournment of the Initial Pretrial Conference currently scheduled for October 15, 2025.

The parties are actively engaged in discussions that may resolve this matter without further Court intervention. In light of these discussions, the parties have also consented to a 30-day extension of Defendant's time to answer the Complaint.

This is the first request for adjournment made by the parties. Accordingly, the parties respectfully request that the Court adjourn the Initial Pretrial Conference to a date on or after November 14, 2025. The parties have mutually agreed to the following proposed dates: November 20, November 21, December 10, or to such other date that is convenient for the Court.

We thank Your Honor for your consideration of this request.

Respectfully submitted,


*/s/ Nicole Virella Almanzar*

Nicole Virella Almanzar

ME1\58020288.v1